IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:18cr91 DPJ-FKB

JAYLON THOMAS  18 U.S.C. § 2244(a)(5)

**The Grand Jury charges:**

On or about October 16, 2015, in Neshoba County, in the Northern Division of the Southern District of Mississippi and elsewhere, on lands within the confines of the Pearl River Community of the Choctaw Indian Reservation, in the Indian County, the defendant, **JAYLON THOMAS**, a Choctaw Indian, did knowingly engage in sexual contact, as defined in Title 18, United States Code, Section 2246(3), to wit: the intentional touching, directly and through the clothing, of the genitalia, anus, groin, and buttocks of J.T., a Choctaw Indian who at the time had not attained the age of 12 years, with the intent to arouse and gratify sexual desire of the defendant.

All in violation of Title 18, United States Code, Section 2244(a)(5) and 1153.

_G1. Coker for_
D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand jury on this the 2nd day MAY, 2018.

_[signature]_
UNITED STATES MAGISTRATE JUDGE